980 So.2d 685 (2008)
STATE ex rel. Deltra HENDERSON
v.
STATE of Louisiana.
No. 2007-KH-1677.
Supreme Court of Louisiana.
May 9, 2008.
In re Henderson, Deltra;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Union, 3rd Judicial District Court Div. B, Nos. 37,571, 36,302; to the Court of Appeal, Second Circuit, No. 42719-KH.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694.